DATE:  April 2, 2024


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Smith Development Inc.*
    *v. Martin C. Conway, et al.*
    Record No. 1245-22-4
    Opinion rendered by Judge Raphael on
    January 9, 2024

2.  *Markees Gross, s/k/a Markees A. Gross*
    *v. Commonwealth of Virginia*
    Record No. 1043-22-2
    Opinion rendered by Judge Beales on
    January 23, 2024

3   *Shannon B. Boyette*
    *v. Carrie E. Sprouse*
    Record No. 1278-22-2
    Opinion rendered by Judge Fulton on
    January 23, 2024

4.  *James, D. Shaw, a/k/a Roscoe James Shaw*
    *v. Commonwealth of Virginia*
    Record No. 1349-22-4
    Opinion rendered by Judge Raphael on
    January 23, 2024

5.  *Fatima Shaw-McDonald*
    *v. Eye Consultants of Northern Virginia, P.C., et al.*
    Record No. 0067-23-4
    Opinion rendered by Judge Raphael on
    January 30, 2024

6.  *David W. Fauber*
    *v. Town of Cape Charles, et al.*
    Record No. 0366-23-1
    Opinion rendered by Judge Raphael on
    January 30, 2024

7.  *John B. Russell, Jr.*
    *v. Commonwealth of Virginia*
    Record No. 0822-2-2
    Opinion rendered by Judge Callins on
    January 30, 2024

8.  *Dustin Lee Hamilton*
    *v. Commonwealth of Virginia*
    Record No. 1367-22-1
    Opinion rendered by Judge Beales on
    February 6, 2024

9.  *Lawrence W. Nalls, III*
    *v. Commonwealth of Virginia*
    Record No. 1536-22-1
    Opinion rendered by Judge Athey on
    February 6, 2024

10. *Rhoda Faye Welch*
    *v. Commonwealth of Virginia*
    Record No. 1985-22-3
    Opinion rendered by Judge Friedman on
    February 6, 2024

11. *Anne Edwards Hartley, et. al.*
    *v. Board of Supervisors of Brunswick County, Virginia*
    Record No. 1298-22-2
    Opinion rendered by Judge Ortiz on
    February 13, 2024

12. *Robert Marshall Cornelius*
    *v. Commonwealth of Virginia*
    Record No. 0187-23-3
    Opinion rendered by Judge Huff on
    February 13, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  *Shaquawn Demonte Warren*
    *v. Commonwealth of Virginia*
    Record No. 0533-22-1
    Opinion rendered by Judge Humphreys
      on March 7, 2023
    Judgment of Court of Appeals affirmed by published order on March 14, 2024
    (230248)

2.  *United Services Automobile Association*
    *v. Bruce A. Estep*
    Record No. 0391-22-1
    Opinion rendered by Judge Friedman
      on March 14, 2023
    Judgment of Court of Appeals affirmed by published order on March 14, 2024
    (230323)

3.  *Edgar Alexander Diaz-Urrutia*
    *v. Commonwealth of Virginia*
    Record No. 0502-22-4
    Opinion rendered by Judge Humphreys
      on April 4, 2023
    Refused (230364)